UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LEE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA LLC,<br><br>    Defendant. | Case No. 23-cv-02737-AMO<br><br>**ORDER TO SHOW CAUSE** |

On October 17, 2024, the Court issued an order detailing deficiencies in the parties' pretrial filings. ECF 54. A number of those deficiencies remain unaddressed. Plaintiffs have filed a declaration indicating that they attempted to engage Defendant in preparing revised filings, but Defendant did not cooperate in a manner that would permit the parties to comply with the Court's deadline. ECF 64. Because it appears that Defendant has repeatedly failed to comply with the Court's pretrial order, the Court orders Defendant to show cause why it should not be sanctioned. The Court is considering entry of default, among other available sanctions.

Defendant's written response, of no more than 5 pages, to this order to show cause is due by noon on November 5, 2024. Plaintiff may also file a response, of no more than 5 pages, to this order to show cause by the same deadline. The Court will hold a show cause hearing on November 7, 2024 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: November 1, 2024

                                                                                       **ARACELI MARTÍNEZ-OLGUÍN**
                                                                                       **United States District Judge**